# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 26, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149453

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

FELIPE ROLANDO LOPEZ-VELASQUEZ,
   Defendant-Appellant.

SC: 149453
COA: 320562
Kent CC: 12-009193-FC

_____/

   On order of the Court, the application for leave to appeal the April 25, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 26, 2014


Clerk

s1119